IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BETTY JO GOODMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-cv-1377 |
| ) | |
| NATIONSTAR MORTGAGE LLC and ) | Judge Trauger |
| SHAPIRO & Kirsch, LLP, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Betty Jo Goodman filed this *pro se* action against defendants NationStar Mortgage, LLC and Shapiro & Kirsch, LLP for violations of the Fair Debt Collection Practices Act. On April 9, 2014, Magistrate Judge Juliet Griffin issued a Report and Recommendation (ECF No. 29), recommending that the defendants' motion to dismiss be granted and that this action be dismissed. Thereafter, the plaintiff improperly filed a Notice of Appeal, which the Sixth Circuit subsequently dismissed on the basis that the order appealed from was not a final or appealable order terminating all the issues presented in this litigation. (*See* ECF No. 37.) The plaintiff also sought a fourteen-day extension of the time within which to file objections to the Report and Recommendation. On April 28, this court granted that motion, specifically giving the plaintiff until May 12, 2014 to file her objections. (ECF No. 34.)

That deadline has expired, but the plaintiff has not submitted objections or requested additional time within which to do so. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the defendants' motion to dismiss (ECF No. 9) is hereby **GRANTED** and this action is **DISMISSED** for failure to state a claim upon which relief can be granted. The Court further finds that any appeal of this matter would not be in good faith.

It is so **ORDERED**.

This is a final order for purposes of Fed. R. Civ. P. 58.

Aleta A. Trauger
United States District Judge